1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

7
EASTERN DISTRICT OF CALIFORNIA

8
9    RONALD MOORE,                          Case No.  1:15-cv-00320---SKO

10                    Plaintiff,             **ORDER EXTENDING THE TIME FOR**
                                            **DEFENDANT SVP PARTNERS, LLC, TO**
11            v.                             **RESPOND TO THE COMPLAINT**

12                                           (Doc. 7)
     SVP PARTNERS, LLC, et al.,
13
                     Defendants.
14   _____/

15
16
17          The Complaint was filed on March 2, 2015, and served on Defendant SVP Partners, LLC

18   ("Defendant") on March 31, 2015, with an answer due on April 21, 2015.  (*See* Docs. 9.)  Plaintiff

19   Ronald Moore and Defendant stipulated to an extension of time for Defendant to respond to the

20   Complaint.  (Doc. 7.)  This is Defendant's first request for an extension of time and it does not

21   alter the date of any event or any deadline already fixed by Court order.  (Doc. 7.)

22          The Court has reviewed the parties' stipulation and, good cause appearing, Defendant shall

23   have up to and including May 31, 2015, to answer or otherwise respond to the Complaint.

24
25
26   IT IS SO ORDERED.

27       Dated:   __April 13, 2015__              _____ /s/ Sheila K. Oberto__
                                                  UNITED STATES MAGISTRATE JUDGE
28