1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9

RONALD MOORE,                              Case No.  1:15-cv-00320---SKO

10

        Plaintiff,                    **ORDER EXTENDING TIME FOR**
**DEFENDANT QUICK 'N' E-Z, INC., TO**

11

  v.                                      **RESPOND TO THE COMPLAINT**

12
13

SVP PARTNERS, LLC, et al.,

14

        Defendants.
_____/

15
16
17

    The Complaint was filed on March 2, 2015, and served on Defendant Quick 'N' E-Z, Inc.

18

("Defendant") on March 26, 2015, with an answer due on April 16, 2015.  (*See* Docs. 5, 11.)

19

Plaintiff Ronald Moore and Defendant stipulated to an extension of time for Defendant to respond

20

to the Complaint.  (Doc. 11.)  This is Defendant's first request for an extension of time and it does

21

not alter the date of any event or any deadline already fixed by Court order.  (Doc. 11.)

22

    The Court has reviewed the parties' stipulation and, good cause appearing, Defendant shall

23

have up to and including May 14, 2015, to answer or otherwise respond to the Complaint.

24
25

IT IS SO ORDERED.

26

Dated:  __April 27, 2015__                    _____/s/ Sheila K. Oberto_
                                       UNITED STATES MAGISTRATE JUDGE

27
28