UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>SVP PARTNERS, LLC; QUICK 'N' E-Z, INC. dba QUICK N EZ FOOD 25;<br><br>    Defendants.<br>_____ | CASE NO. 1:15−CV−00320 - -SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND AND TO CONTINUE SCHEDULING CONFERENCE**<br><br>Current Date: June 9, 201<br>Time: 9:30 a.m.<br>Ctrm: #7<br><br>Sheila K. Oberto<br>U.S. Magistrate Judge |

WHEREAS:

    1. Plaintiff Ronald Moore filed this action on March 2, 2015.

    2. Plaintiff and Defendants are in settlement negotiations at this time and it appears highly likely that a settlement is imminent, however, the CASp inspection and report needed to finalize a settlement is not yet completed, and approximately three weeks will be needed to finalize the settlement.

    3. The initial scheduling conference in this action is currently set for June 9, 2015.

    4. The Defendants' time to respond has previously been extended, with responses due May 14, 2015 and May 31, 2015.

    4. Parties agree that settlement of this case would save valuable court time and resources and make the pending scheduling conference unnecessary. Further, preparation for the scheduling conference will add to the costs of the case and make it more difficult to reach a settlement.

    5. In order to facilitate settlement, the parties propose that the time for filing of defendants' responses be extended further to June 30, 2015 and that the initial scheduling conference in this matter be continued to a date on or after July 15, 2015, at the Court's convenience.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the new deadline for Defendants SVP PARTNERS, LLC and QUICK 'N' E-Z, INC. dba QUICK N EZ FOOD 25 to file an answer or otherwise respond to the complaint is June 30, 2015, and that the initial scheduling conference in this matter shall be continued to a date on or after July 15, 2015 at the Court's convenience, pending court approval.

IT IS SO STIPULATED.

Dated: May 26, 2015          /s/ Bruce A. Neilson
                             Bruce A. Neilson, Attorney for Defendant QUICK 'N' E-Z,
                             INC. dba QUICK N EZ FOOD 25

DATED: May 26, 2015          HANSON BRIDGETT LLP

                             /s/ Kurt A. Franklin
                             Kurt A. Franklin, Attorneys for Defendant,
                             SVP PARTNERS, LLC

                             MOORE LAW FIRM, PC

Dated: May 26, 20153          /s/ Tanya E. Moore
                             Tanya E. Moore, Attorneys for Plaintiff Ronald Moore

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendants shall file an answer or otherwise respond to the complaint by no later June 30, 2015; and

2. The scheduling conference is continued from June 9, 2015, to August 13, 2015, at 9:30 am in Courtroom 7.

IT IS SO ORDERED.

Dated:  **May 27, 2015**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE