# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:15-cv-00320-SKO |
| Plaintiff, | **ORDER EXTENDING THE TIME FOR DEFENDANT SVP PARTNERS, LLC, TO RESPOND TO THE COMPLAINT** |
| v. | |
| SVP PARTNERS, LLC, et al., | (Doc. 18) |
| Defendants. | |

The Complaint was filed on March 2, 2015, and served on Defendant SVP Partners, LLC ("Defendant") on March 31, 2015, with an answer due on April 21, 2015.  (*See* Docs. 1; 9.) Plaintiff Ronald Moore and Defendant previously stipulated to an extension of time for Defendant to respond to the Complaint until May 31, 2015.  (Doc. 10.)  The parties have stipulated to an additional extension of time to conclude ongoing settlement negotiations.  (Doc. 18.)  This is Defendant's second request for an extension of time and it does not alter the date of any event or any deadline already fixed by Court order.  (Doc. 18.)

The Court has reviewed the parties' stipulation and, good cause appearing, Defendant shall have up to and including July 24, 2015, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:   **June 29, 2015**             **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE